## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**CHARLES SULLIVAN**                                                                       **PLAINTIFF**

v.                                                               **CIVIL ACTION NO. 3:23-CV-P569-JHM**

**WELLPATH et al.**                                                           **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith.

Date:    March 4, 2024

*[signature]*
Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:      Plaintiff, *pro se*
4414.009